938

No. 16, Misc. TIPTON ET UX. *v.* CALIFORNIA. District Court of Appeal of California, Third Appellate District. Certiorari denied. Petitioners *pro se*. *Edmund G. Brown,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondent.

No. 45, Misc. HERRING *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se*. *John A. Wild,* Assistant Attorney General of Texas, for respondent.

No. 104, Misc. GRAEBER ET AL. *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied.

No. 106, Misc. SCHINDLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 115, Misc. ANDERSON *v.* EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 136, Misc. BRINKLEY *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Preston Pope Reynolds* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *John A. Wild,* Assistant Attorney General, for respondent.

No. 144, Misc. CARRADO *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.